# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CASE NO. 8:24-cv-02695-CEH-SPF

ENRIQUE ALVEAR

    Plaintiff,

v.

HYPPO, LLC, a Florida limited liability
company d/b/a THE HYPPO,

    Defendant.

_____ /

## JOINT NOTICE OF SETTLEMENT

Plaintiff ENRIQUE ALVEAR and Defendant HYPPO, LLC hereby give notice of settlement. The parties are in the process of finalizing the settlement agreement, following which there will be a dismissal of this action.

DATE:  January 9, 2025

*/s/Mark Fereg*
Mark Fereg, Esq.
Florida Bar No.
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401
Telephone: (561) 650-0750
Facsimile: (561) 655-5677
mfereg@gunster.com
*Counsel for Defendant, HYPPO, LLC*

### CERTIFICATE OF SERVICE

I certify that on January 9, 2025 the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/*Mark Fereg*
Mark Fereg